HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-010 RSM |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| BENJAMIN H. PFUND, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the Psychosexual Evaluation Report & Sexual History Polygraph of Defendant under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that the Psychosexual Evaluation Report & Sexual History Polygraph of Defendant be filed under seal.

DATED this 24th day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Present by:
*/s/ Brad Meryhew*
Attorney for Benjamin H. Pfund

*ORDER TO SEAL DOCUMENT - 1*
*USA v Pfund, CR23-010 RSM*

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590